John W. Carpenter, Esq. (Bar No. 221708)
Technology Licensing Company Inc.
33 ½ Los Pinos
Nicasio, CA 94946
Telephone: (415) 577-0698
Facsimile: (866) 410-6248
Email: john@jwcarpenterlaw.com

*Attorney for Plaintiff*
*Technology Licensing Company Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| **Technology Licensing Company, Inc.,**<br><br>Plaintiff<br><br>v.<br><br>**Yamaha Corporation of America,**<br><br>Defendant | Case No.: C10-05401 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: James Ware |
|---|---|

Notice of Voluntary Dismissal: C10-05401 JW

1  Pursuant to a confidential settlement agreement and release, Plaintiff TECHNOLOGY
2  LICENSING COMPANY, INC. ("TLC"), through its counsel of record, the above-captioned
3  action, including all claims, is hereby dismissed with prejudice pursuant to Federal Rule of Civil
4  Procedure 41(a)(1)(i). Each party shall bear its own fees and costs. Accordingly, the Clerk of
5  
6  Court is respectfully requested to close this case.

Dated: February 16, 2011

TECHNOLOGY LICENSING COMPANY, INC.

By: /s/ John Wade Carpenter
    John Wade Carpenter

Attorney for Plaintiff

TECHNOLOGY LICENSING COMPANY, INC.

Notice of Voluntary Dismissal: C10-05401 JW